United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-2665

Andrea R. Brown,                                *
                                               *
            Appellant,                         *
                                               *
      v.                                       *
                                               * Appeal from the United States
City of Little Rock, Arkansas, and             * District Court for the
its agency Finance Department;                 * Eastern District of Arkansas.
John Pryor, Director, in his official          *
capacity; Gary Davis, Accounting               *      [UNPUBLISHED]
and Reporting Manager, in his                  *
official capacity; Lynn Umholtz,               *
Supervisor, in her official capacity,          *
                                               *
            Appellees.                         *

_____

Submitted: April 22, 1998
Filed: April 24, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
      Judges.

_____

PER CURIAM.

Andrea Brown appeals from the District Court's[1] grant of summary judgment for defendants in her employment discrimination action. After carefully reviewing the record and the parties' submissions, we deny Brown's motion for appointment of counsel, and conclude the District Court did not commit error in granting summary judgment for the reasons it stated. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.